DAVID B. BARLOW, United States Attorney (#13117)
ADAM S. ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2013 AUG -7 A 11: 37

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. WORKMAN, and<br>AUSTIN J. MOON,<br><br>Defendants. | INDICTMENT<br><br>VIOL. 18 U.S.C. § 641, THEFT OF GOVERNMENT PROPERTY;<br>18 U.S.C. § 2, AIDING AND ABETTING.<br><br>Case: 1:13-cr-00049<br>Assigned To : Waddoups, Clark<br>Assign. Date : 8/7/2013<br>Description: USA v. |

The Grand Jury Charges:

## COUNT 1
**[18 U.S.C. § 641 Theft of Government Property; 18 U.S.C. § 2, Aiding and Abetting]**

On or about the dates set forth below, in the Northern Division of the District of

Utah,

CHRISTOPHER M. WORKMAN,

defendant herein, did knowingly embezzle, steal, and convert to his use or the use of another, and without authority, sold and conveyed, a thing of value of the United States and a department and agency thereof, to wit: he did steal metals from storage facilities at Hill Air Force Base in Davis County, Utah, of the types and quantities listed below, and did sell the metals at metal recycling locations in Davis and Salt Lake Counties for the amounts listed below:

| DATE | METAL | QUANTITY | SELL PRICE |
| --- | --- | --- | --- |
| 11/3/2009 | "Yellow Brass" | 457 lbs. | $653.51 |
| 12/19/2009 | "Yellow Brass" | 451 lbs. | $671.99 |
| 1/18/2010 | "Aluminum Bronze" | 1,160 lbs. | $1,937.20 |
| 2/6/2010 | "#2 Copper" | 942 lbs. | $1,759.08 |
| 3/8/2010 | "Aluminum Bronze" and "Beryllium Copper" | 1,420 lbs. | $3,202.68 |
| 4/2/2010 | "Yellow Brass," "Aluminum Bronze" and "Beryllium Copper" | 782 lbs. | $1,681.67 |
| 5/14/2010 | "Aluminum Bronze" and "Beryllium Copper" | 477 lbs. | $826.71 |
| 6/9/2010 | "Tungsten Carbide" | 27 lbs. | $148.50 |

all in violation of 18 U.S.C. § 641 and § 2.

## COUNT 2
[18 U.S.C. §641, Theft of Government Property; 18 U.S.C. §2, Aiding and Abetting]

On or about the dates set forth below, in the Northern Division of the District of Utah,

AUSTIN J. MOON,

defendant herein, did knowingly embezzle, steal and convert to his use or the use of another, and without authority, sold and conveyed, a thing of value of the United States and a department and agency thereof, to wit: he did steal metals from storage facilities at Hill Air Force Base in Davis County, Utah, of the types and quantities listed below, and did sell the metals at metal recycling locations in Davis and Salt Lake Counties for the amounts listed below:

| DATE | METAL | QUANTITY | SELL PRICE |
| --- | --- | --- | --- |
| 4/7/2009 | "#1 Copper" | 83 lbs. | $118.69 |
| 4/12/2010 | "Aluminum Bronze" and "Beryllium Copper" | 440 lbs. | $1,093.10 |
| 5/7/2010 | "6061 AL" | 141 lbs. | $93.06 |
| 6/5/2010 | "Aluminum Bronze" | 143 lbs. | $224.51 |

all in violation of 18 U.S.C. § 641 and § 2.

\ \

\

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

/s/
_____
ADAM S. ELGGREN
Assistant United States Attorney

4