AO 442

# United States District Court

DISTRICT OF UTAH - NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

**Christopher M. Workman**

To: The United States Marshal
and any Authorized United States Officer

FILED
U.S. DISTRICT COURT
2013 SEP 27 A 11:26
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

## WARRANT FOR ARREST

CASE NUMBER: 1:13cr00049-002 CW

**ORIGINAL**

YOU ARE HEREBY COMMANDED to arrest  **AUSTIN J. MOON**
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**PUBLIC MONEY, PROPERTY OR RECORDS/Theft of Government Property and Aiding and Abetting**

in violation of **18:641 and 18:2** _____ United States Code.

D. Mark Jones
Name of Issuing Officer

_____
Signature of Issuing Officer

By:  Jennifer Richards
     Deputy Clerk

Clerk of Court
Title of Issuing Officer

August 7, 2013 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                          Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8 7 13 | DCJ~Burnett | _signature_ |
| DATE OF ARREST | | |
| 9 27 13 | | |